FILED & JUDGMENT ENTERED
Steven T. Salata

May 4 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re | ) |
| | ) |
| BK RACING, LLC | ) Chapter 11 |
| | ) |
| Debtor, | ) No. 18-30241 |
| | ) |
| MATTHEW W. SMITH, Trustee, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) A.P. No. 20-03011 |
| | ) |
| BOBBY MCKEY'S, LLC, | ) |
| | ) |
| Defendant. | ) |

ORDER FOR ADMISSION OF DANIEL M. PRESS TO PRACTICE PRO HAC VICE

Having considered the motion for admission of Daniel M. Press for admission *pro hac vice* in the above-captioned matter, the Court hereby grants the motion and therefore it is:

ORDERED that Daniel M. Press is admitted to practice in the United States Bankruptcy Court for the Western District of North Carolina for the purpose of appearing on behalf of Bobby McKey's, LLC, in the above-captioned bankruptcy case and any related proceedings.  Mr. Press may participate in hearings without local counsel being in attendance.  This Order shall not be considered admission to practice generally before this Bankruptcy Court or the United States District Court for the Western District of North Carolina.

**This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.**  **United States Bankruptcy Court**