FILED & JUDGMENT ENTERED
Steven T. Salata

June 22 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **In re:** | |
| **BK RACING, LLC,** | Chapter 11 |
| Debtor. | Case No: 18-30241 |
| **MATTHEW W. SMITH, Chapter 11 Trustee for BK RACING, LLC,** | |
| Plaintiff, | |
| v. | Adversary Proceeding No.: 20-3011 |
| **BOBBY MCKEY'S, LLC,** | |
| Defendant. | |

### *EX PARTE* ORDER TO EXTENDING DEADLINES TO RESPOND TO DISCOVERY

This matter is before the Court on the Plaintiff's *ex parte* Motion for an extension of time to respond to (i) Defendant's First Set of Interrogatories to Plaintiff, (ii) Defendant's First Request for Production of Documents, and (iii) Defendant's First Request for Admissions to Plaintiff (together, the "Discovery Requests"). Having considered the Motion and for good cause shown, Paintiff's deadline to respond to the Discovery Requests is hereby extended to and including July 27, 2020.

**SO ORDERED**

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |

MWH: 10530.001; 00023047.1

1