FILED & JUDGMENT ENTERED
Steven T. Salata

June 25 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>**BK RACING, LLC,**<br><br>                            Debtor. | Chapter 11<br><br>Case No: 18-30241 |
| **MATTHEW W. SMITH, Chapter 11 Trustee for BK RACING, LLC,**<br><br>                            Plaintiff,<br><br>v.<br><br>**BOBBY MCKEY'S, LLC,**<br><br>                            Defendant. | Adversary Proceeding No.: 20-3011 |

## CONSENT ORDER SETTING PRE-TRIAL DEADLINES

This matter is before the Court upon the agreement between the Plaintiff, Matthew W. Smith as Chapter 11 Trustee, and Defendant, Bobby McKey's, LLC. By consent of the parties, the pre-trial deadlines in the above captioned adversary proceeding are hereby modified as follows:

1. All discovery in this action shall be completed by October 15, 2020; and

2. Any dispositive motions shall be filed by November 13, 2020;

MWH: 10530.001; 00023077.1

1

We consent:

| | |
|---|---|
| /s/ Cole Hayes | */s/ Daniel M. Press* |
| Cole Hayes (NC Bar No. 44443) | Daniel M. Press (Va Bar No. 37123) |
| 121 West Trade Street, Suite 1950 | 6718 Whittier Avenue, Suite 200 |
| Charlotte, North Carolina 28202 | McLean, Virginia 22101 |
| Telephone: (704) 944-6560 | Telephone: (703) 734-3800 |
| Facsimile: (704) 944-0380 | Facsimile: (703) 734-0590 |
| Counsel for the Plaintiff | Counsel for the Defendant |

**SO ORDERED**

| | |
|---|---|
| *This Order has been signed electronically. The Judge's signature and Court's seal appear at the top of this Order.* | *United States Bankruptcy Court* |

MWH: 10530.001; 00023077.1                   2